IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE WOODS                         :
                                     :                    CIVIL ACTION
            v.                       :
                                     :                    NO. 09-2494
WARDEN, SCI                          :
HOUTZDALE ET AL.                     :


**ORDER**

**AND NOW**, this __30th__ day of __September__, 2011, upon consideration of

the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of

United States Magistrate Judge Elizabeth T. Hey and Petitioner's Objections to the Report and

Recommendation, it is **ORDERED** as follows:

1.      Petitioner's Objections to United States Magistrate Judge Hey's Report and

        Recommendation are **OVERRULED**.

2.      The Report and Recommendation are **APPROVED** and **ADOPTED**.

3.      The Petition for Writ of Habeas Corpus filed by George Woods is **DISMISSED**

        **AS UNTIMELY FILED**.

4.      There is no basis for a Certificate of Appealability.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**


                                        _____

                                        **R. BARCLAY SURRICK, J.**